UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LARRY TRUNDLE, | No. 11-15281 |
| Plaintiff - Appellant, | D.C. No. 1:09-cv-02058-JLT Eastern District of California, Fresno |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant - Appellee. | |

Before: THOMAS, McKEOWN, and W. FLETCHER, Circuit Judges.

The memorandum disposition filed on May 22, 2012 is amended as follows:

Page 3, Line 6: Replace <the record is unclear as to whether that past work experience was more than fifteen years old.> with <she also found that "[t]he claimant has not worked in over 15 years.">

With the memorandum disposition as amended, the panel voted to deny both the petition for rehearing and petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and petition for rehearing en banc are DENIED.

No further petition for rehearing and/or petition for rehearing en banc may be filed.